IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cook, Vera O | Case Number:  05 B 60800 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/28/07 | Filed:  10/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 15, 2007
Confirmed: January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,675.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 3,350.03 |
| Priority: | | 0.00 |
| Administrative: | | 2,030.20 |
| Trustee Fee: | | 294.77 |
| Other Funds: | | 0.00 |
| Totals: | 5,675.00 | 5,675.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,030.20 | 2,030.20 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 3,914.13 | 735.65 |
| 5. | Resurgent Capital Services | Unsecured | 5,706.31 | 1,072.49 |
| 6. | Discover Financial Services | Unsecured | 8,203.91 | 1,541.89 |
| 7. | Bank One | Unsecured | | No Claim Filed |
| 8. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 9. | MCI Residential | Unsecured | | No Claim Filed |
| 10. | GE Capital Auto Financial Services | Unsecured | | No Claim Filed |
| | | | $ 19,854.55 | $ 5,380.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 86.57 |
| 5% | 133.81 |
| 4.8% | 20.39 |
| 5.4% | 54.00 |
| | $ 294.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cook, Vera O

Printed:  12/28/07

Case Number:  05 B 60800
Judge:  Wedoff, Eugene R
Filed:  10/15/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____